**DISMISS; and Opinion Filed February 9, 2017.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00869-CV

**MARK JOSLIN, Appellant**
**V.**
**ELAD BANAI AND ISAAC BANAI, Appellees**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02799-2015**

## MEMORANDUM OPINION

Before Justices Bridges, Myers, and Brown
Opinion by Justice Brown

Before the Court is appellant's February 3, 2017 motion to dismiss this appeal. In the motion, appellant states the parties have settled this matter and no longer wish to pursue the appeal. We grant appellant's motion and dismiss this appeal, remand the matter back to the trial court for entry of the parties' settlement agreement, and the execution of the agreed order vacating the judgment, as well as the filing of a motion to dismiss with prejudice. *See* TEX. R. APP. P. 42.1(a)(2)(A).

/Ada Brown/
ADA BROWN
JUSTICE

160869F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARK JOSLIN, Appellant

No. 05-16-00869-CV        V.

ELAD BANAI AND ISAAC BANAI,
Appellees

On Appeal from the County Court at Law
No. 6, Collin County, Texas
Trial Court Cause No. 006-02799-2015.
Opinion delivered by Justice Brown, Justices
Bridges and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal, remand the matter back to the trial court for entry of the parties' settlement agreement, and the execution of the agreed order vacating the judgment, as well as the filing of a motion to dismiss with prejudice. *See* TEX. R. APP. P. 42.1(a)(2)(A)..

Subject to any agreement of the parties, we **ORDER** appellees ELAD BANAI AND ISAAC BANAI recover their costs of this appeal from appellant MARK JOSLIN.

Judgment entered this 9th day of February, 2017.